**ALDRIDGE PITE, LLP**
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Agent for MIDFIRST BANK

# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF PENNSYLVANIA - WILLIAMSPORT

| In re | Case No. 4:22-bk-00210-MJC |
|---|---|
| JANELLE KATHLEEN DIPARLO, | Chapter 13 |
| Debtor, | **WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE** |

MIDFIRST BANK ("Creditor") hereby withdraws the Notice of Mortgage Payment Change ("Payment Change Notice") previously filed on 10/29/2024 in connection with Claim No. 4 in the above referenced matter, without prejudice. Creditor filed the presently withdrawn Payment Change Notice in error. Any fees, costs, or other charges incurred by Creditor in connection with the Payment Change Notice or this withdrawal have not been added to the mortgage loan account that is the subject of the Payment Change Notice.

**ALDRIDGE PITE, LLP**

Dated: March 26, 2025          /s/ Eric Smith
                               Eric Smith
                               **AGENT FOR MIDFIRST BANK**

- 1 -                                    CASE NO. 4:22-BK-00210-MJC
**WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE**

ALDRIDGE PITE, LLP
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF PENNSYLVANIA - WILLIAMSPORT

| In re | Case No. 4:22-bk-00210-MJC |
|---|---|
| JANELLE KATHLEEN DIPARLO, | Chapter 13 |
| Debtor(s). | **PROOF OF SERVICE** |

I, Sarah Valdez, declare that:

I am employed by Aldridge Pite, LLP. My business address is: 3333 Camino del Rio South, Suite 225, San Diego CA 92108. I am over the age of eighteen years and not a party to this cause.

On March 26, 2025, I caused the NOTICE OF WITHDRAW OF THE NOTICE OF MORTGAGE PAYMENT CHANGE to be served in said case by electronic means through the court's CM/ECF system or through United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true.

/s/Sarah Valdez
SARAH VALDEZ

- 1 -
PROOF OF SERVICE

## SERVICE LIST

**DEBTOR(S)**
**(VIA US MAIL)**

Janelle Kathleen Diparlo
345 Fisher St
Williamsport, PA 17702-7005


**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Erik Mark Helbing


**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Jack N Zaharopoulos

**ASST. U.S. TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

United States Trustee

- 2 -
PROOF OF SERVICE