United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                   Case No. 22-00210-MJC  
Janelle Kathleen Diparlo                               Chapter 13  
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                       User: AutoDocke                                                    Page 1 of 3  
Date Rcvd: Apr 03, 2025                 Form ID: ordsmiss                                          Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Janelle Kathleen Diparlo, 345 Fisher St, Williamsport, PA 17702-7005 |
| 5458746 | + | C System Collections, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 5458749 | | Kohls Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 5458752 | | Nathan Kessler, 125 Broad St, Watsontown, PA 17777-1107 |
| 5458755 | | PrimeLending, P.O. Box 77404, Trenton, NJ 08628-6404 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Apr 03 2025 22:50:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Apr 03 2025 18:47:22 | PrimeLending, A PlainsCapital Company, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 5458747 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 03 2025 18:50:00 | Dept of Education/Navient, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5465595 | | Email/Text: rj@ffcc.com | Apr 03 2025 18:49:00 | First Federal Credit Control, 24700 Chagrin Blvd Suite 205, Beachwood, OH 44122-4412 |
| 5468341 | | Email/Text: BNCnotices@dcmservices.com | Apr 03 2025 18:50:00 | GEISINGER, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5458748 | + | EDI: SYNC | Apr 03 2025 22:50:00 | Gap, P.O. Box 965005, Orlando, FL 32896-5005 |
| 5460925 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2025 18:55:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5487979 | + | EDI: AISMIDFIRST | Apr 03 2025 22:50:00 | MidFirst Bank,, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank,, Bankruptcy Department 73118-6051 |
| 5487978 | + | EDI: AISMIDFIRST | Apr 03 2025 22:50:00 | MidFirst Bank,, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5458750 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 03 2025 18:50:00 | Midland Funding, 320 E Big Beaver Rd, Ste 300, Troy, MI 48083-1271 |
| 5458751 | | Email/Text: EDI@CACIONLINE.NET | Apr 03 2025 18:49:00 | Midwest Recovery Systems LLC, 514 Earth City Plz, Ste 100, Earth City, MO 63045-1303 |
| 5458754 | | EDI: PRA.COM | Apr 03 2025 22:50:00 | Portfolio Recovery Assoc, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4962 |
| 5465177 | | EDI: PRA.COM | Apr 03 2025 22:50:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5458753 | | Email/Text: LOANDPT@palcofcu.org | Apr 03 2025 18:50:00 | Palco Federal Credit Union, 191 Chad Rd, Muncy, PA 17756-8146 |
| 5463357 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 03 2025 18:49:00 | PrimeLending, A PlainsCapital Company, c/o Cenlar, FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5464917 | | EDI: Q3G.COM | Apr 03 2025 22:50:00 | Quantum3 Group LLC as agent for, Katapult Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5458756 | + | Email/Text: bankruptcy@sw-credit.com | Apr 03 2025 18:50:00 | Southwest Credit Systems, 4120 International Pkwy, #1100, Carrollton, TX 75007-1958 |
| 5459326 | ^ | MEBN | Apr 03 2025 18:47:21 | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5458927 | ^ | MEBN | Apr 03 2025 18:47:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5461457 | | Email/Text: BNCnotices@dcmservices.com | Apr 03 2025 18:50:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5461230 | | Email/Text: BNCnotices@dcmservices.com | Apr 03 2025 18:50:00 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5467491 | | EDI: AIS.COM | Apr 03 2025 22:50:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2025           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Daniel Philip Jones
  on behalf of Creditor PrimeLending  A PlainsCapital Company djones@sterneisenberg.com, bkecf@sterneisenberg.com

Denise E. Carlon
  on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Erik Mark Helbing
  on behalf of Debtor 1 Janelle Kathleen Diparlo ehelbing@helbingconsumerlaw.com
  bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com

| | |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Steven K Eisenberg | on behalf of Creditor PrimeLending A PlainsCapital Company seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Janelle Kathleen Diparlo, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 4:22−bk−00210−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: April 3, 2025

ordsmiss (05/18)